UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.

OSWALD J. PAUL,

      Plaintiff,

v.

DENOVUS CORPORATION, LTD.,

      Defendant.

_____/

## COMPLAINT
## JURY DEMAND

1.     Plaintiff alleges violation Telephone Consumer Protection Act, 47 U.S.C §227, *et seq*. (õTCPAö).

## JURISDICTION AND VENUE

2.     This Court has jurisdiction under 28 U.S.C. §§1331. *Mims v. Arrow Fin. Servs. LLC,* 132 S. Ct. 740 (U.S. 2012). *Mims v. Arrow Fin. Servs. LLC*, 2012 U.S. LEXIS 906 (U.S. 2012). Venue in this District is proper because Plaintiff resides here and Defendant placed telephone calls into this District.

## PARTIES

3.     Plaintiff, OSWALD J. PAUL, is a natural person, and citizen of the State of Florida, residing in Broward County, Florida.

4.      Defendant, DENOVUS CORPORATION, LTD., is a professional

corporation and citizen of the State of Pennsylvania with its principal place of business

at 480 Johnson Road, Meadow Pointe Plaza II, Suite 110, Washington PA, 15301.

## FACTUAL ALLEGATIONS

5.      Defendant, or another party acting on its behalf, left the following

message on Plaintiff's voice mail on her cellular telephone on or about the dates

stated:

### October 12, 2011 – Pre-Recorded Message
-- J. Paul. If you are not Oswald J. Paul, please hang up or disconnect. If you are
Oswald J. Paul, please continue to listen to this message. There will now be a three
second pause in this message. By continuing to listen to this message, you
acknowledge that you are Oswald J. Paul. This is the Denovus Corporation. This is
an attempt by a debt collector to collect a debt and any information obtained will
be used for that purpose. Please contact me at 1-877-533-6688.

6.      Defendant, or another party acting on its behalf, left similar or

identical messages on other occasions using an automated telephone dialing system

or pre-recorded or artificial voice on Plaintiff's cellular telephone. (Collectively,

õthe telephone messagesö).

7.      None of Defendant telephone calls placed to Plaintiff were for

õemergency purposesö as specified in 47 U.S.C § 227 (b)(1)(A).

8.      Defendant willfully or knowingly violated the TCPA.

## COUNT I
## VIOLATION OF THE TELEPHONE CONSUMER PROTECTION ACT

9.      Plaintiff incorporates Paragraphs 1 through 8.

10.    Defendant, or others acting on its behalf, placed non-emergency telephone calls to Plaintiff's cellular telephone using an automatic telephone dialing system or pre-recorded or artificial voice violation of 47 U.S.C § 227 (b)(1)(A)(iii).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

a.    Damages;

b.    a declaration that Defendant calls violate the TCPA;

c.    a permanent injunction prohibiting Defendants from placing non-emergency calls to Plaintiff's cellular telephone using an automatic telephone dialing system or pre-recorded or artificial voice; and

d.    Such other or further relief as the Court deems proper.

## JURY DEMAND

Plaintiff demands trial by jury.

DONALD A. YARBROUGH, ESQ.
Attorney for Plaintiff
Post Office Box 11842
Ft. Lauderdale, FL 33339
Telephone: 954-537-2000
Facsimile: 954-566-2235
don@donyarbrough.com


By: s/ Donald A. Yarbrough

Donald A. Yarbrough, Esq.
Florida Bar No. 0158658