UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-61544-Civ-SCOLA

OSWALD J. PAUL,

    Plaintiff,
vs.

DENOVUS CORPORATION, LTD.,

    Defendant.
_____/

## ORDER OF DISMISSAL

THIS CASE has been dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Joint Stip. Dismissal Without Prejudice, ECF No. 17). The Clerk shall **CLOSE** this case. All pending motions, if any, are **DENIED** as moot.

**DONE and ORDERED** in chambers, at Miami, Florida, on December 13, 2012.

_____
**ROBERT N. SCOLA, JR.**
**UNITED STATES DISTRICT JUDGE**

Copies to:
*Counsel of record*